**Joe TREVINO, Claimant–Appellant,**

v.

**James B. PEAKE, M.D., Secretary of Veterans Affairs, Respondent–Appellee.**

**No. 2007–7097.**

United States Court of Appeals, Federal Circuit.

July 14, 2008.

Mark R. Lippman, The Veterans Law Group, La Jolla, CA, for Claimant–Appellant.

Leslie Cayer Ohta, Department of Justice, Washington, DC, for Respondent–Appellee.

ON MOTION

*ORDER*

The Secretary of Veterans Affairs moves to remand this case to the United States Court of Appeals for Veterans Claims in light of this court's decision in *Sanders v. Nicholson,* 487 F.3d 881 (Fed.Cir.2007). The Secretary states that Joe Trevino consents.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. The case is remanded.

(2) Each side shall bear its own costs.